**FILED**

DEC 2 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

No. CR 09-01187 PJH

v.

**DETENTION ORDER**

CLEVELAND BURGIE,

      Defendant.

_____/

The defendant stands charged with violating supervised release.  After conducting a detention hearing on December 17, 2009, the Court concludes that the information submitted at the detention hearing establishes by clear and convincing evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant or the safety of any other person and the community.   The Court therefore ORDERS that Mr. Burgie be DETAINED pending further proceedings.

The Court makes the following findings in support of detention:

1. The defendant has failed to overcome the presumption of revocation under 18 U.S.C. § 3583(g)(4).

2. The evidence against the defendant is substantial in that the defendant tested positive for use of a controlled substance on four occasions, and the defendant's whereabouts were unknown by probation officers who attempted a home contact on October 30, 2009, and November 4, 2009.

cc: Stats, Copy to parties via ECF, ~~Proposed~~ Nichole Pret. Svcs., 2 certified copies to Marshal, Probation

*United States District Court*
*For the Northern District of California*

**United States District Court**
For the Northern District of California

3.    The defendant's criminal history includes conviction for lewd or lascivious acts with a child and sexual battery.  The defendant also has a history of seven parole violations.

4.    A warrant was issued on April 10, 2009, for the defendant's failure to register as a sex offender, for which the defendant was convicted on May 20, 2009, and sentenced to 5 years probation and 90 days jail.

5.    The defendant's criminal history reports as contained in the Presentence Investigation Report dated March 3, 2004, and as provided by Pretrial Services in the record check report dated December 15, 2009, are incorporated in this Order by reference.

6.    Based on the defendant's criminal history, his failure to comply with the conditions of release, and the allegations that the defendant absconded from supervision, the Court finds by clear and convincing evidence that the defendant poses a risk of flight and danger to the community.

The defendant is remanded to custody pending further proceedings before the Honorable Phyllis J. Hamilton or until further order of this Court.

**IT IS SO ORDERED.**

Dated:  December 21, 2009

TIMOTHY J BOMMER
United States Magistrate Judge

G:\WDBLC2\TJB 2009\Crim Order FORMS\detention Burgie.wpd          2